UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

N.S.,

                                Plaintiff,

              -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                              Defendants.

------------------------------------------------------------X

25-CV-0649 (MKV)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2025

**SARAH NETBURN, United States Magistrate Judge:**

       On July 24, 2025, the Honorable Mary K. Vyskocil assigned this matter to my docket for settlement. Due to the Court's schedule, the earliest settlement conference that can be scheduled begins in September 2025. The parties are directed to email Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov with three mutually convenient dates for a settlement conference. The parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    July 25, 2025
                New York, New York