UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

N.S.,

         **Plaintiff,**

    -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

        **Defendants.**

-------------------------------------------------------------------X

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 9/9/2025 |

**25-CV-0649 (MKV)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

   In light of the settlement agreement reached between the parties, they shall meet and confer to discuss whether to consent to this Court's jurisdiction for purposes of approval of the settlement agreement. Regardless of the parties' consent, the Plaintiff shall file a motion, seeking such approval, no later than October 9, 2025, pursuant to S.D.N.Y. Local Civil Rule 83.2 and CPLR 1208.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:  September 9, 2025
     New York, New York